EDELBERG & ESPINA, APLC
CLAIRE N. ESPINA (Bar No. 176648)
ARNEL O. TAN (Bar No. 272428)
18757 Burbank Boulevard, Suite 215
Tarzana, California 91356
Telephone: (818) 708-7791; Facsimile: (818) 708-8126

Attorneys for Defendants
Island Pacific Temecula, Inc., Island Pacific Oxnard, Inc.,
Island Pacific Pittsburg, Inc., Island Pacific Supermarkets, Inc.,
Island Pacific Vegas, Inc., Kababayan Development, Inc.,
Long Beach Seafood Market, Inc., Manila Bay Foods, Inc.,
Promenade Supermarket, Inc., Puregold Supermarket, Inc.,
Azusa Supermarket, Inc., Canoga Supermarket, Inc., Fresno Supermarket, Inc. Global City International Market, Inc., Island Pacific Hayward, Inc., and Nino Jefferson Lim

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HITACHI CAPITAL AMERICA CORP., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>Island Pacific Temecula, Inc., a California corporation; Island Pacific National City, Inc., a California corporation; Island Pacific Oxnard, Inc., a California corporation; Island Pacific Pittsburg, Inc., a California corporation; Island Pacific Seattle, Inc., a Washington corporation; Island Pacific Supermarkets, Inc., a California corporation; Island Pacific Vegas, Inc., a Nevada corporation; Kababayan Development, Inc., a California corporation; Long Beach Seafood Market, Inc., a California corporation; Manila Bay Foods, Inc., a California corporation; Mega Foods, Inc., a California corporation; OISHI Supermarket, Inc., a California corporation; Promenade Supermarket, Inc., a California corporation; Puregold Supermarket, Inc., a California corporation; San Jose International Market, Inc., a California corporation; Vermont Seafood Market, Inc., a California corporation; American Canyon Supermarket, Inc., a California corporation; Azusa Supermarket, | **Case No. 2:18-cv-03529-ODW-MRW**<br><br>**NOTICE OF UNAVAILABILITY** |

| | |
|---|---|
| 1 | Inc., a California corporation; Canoga Supermarket, Inc., a California corporation; Fresno Supermarket, Inc.; a California corporation; Global City International Market, Inc., a California corporation; Island Pacific Hayward, Inc., a California corporation; Nino Jefferson Lim, an individual, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |

THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendants Island Pacific Temecula, Inc., Island Pacific Oxnard, Inc., Island Pacific Pittsburg, Inc., Island Pacific Supermarkets, Inc., Island Pacific Vegas, Inc., Kababayan Development, Inc., Long Beach Seafood Market, Inc., Manila Bay Foods, Inc., Promenade Supermarket, Inc., Puregold Supermarket, Inc., Azusa Supermarket, Inc., Canoga Supermarket, Inc., Fresno Supermarket, Inc. Global City International Market, Inc., Island Pacific Hayward, Inc., and Nino Jefferson Lim's lead counsel, Claire N. Espina, will be unavailable from November 5, 2018 to November 13, 2018 and her associate, Arnel O. Tan, from November 5, 2018 to November 26, 2018 for any purpose whatsoever, including receiving notice of any kind (facsimile, e-mail, mail, or telephonic), responding to ex parte applications, motions, appearing in court, responding to discovery, attending depositions or otherwise participating in this action. It is hereby requested that all law and motion matters not be set during this period of unavailability.

This notice of counsel's unavailability is given in accordance with the courtesy and civility rules published, among other places, by the Los Angeles County Bar Association, the Central District of the United States District Court, and as referred to the *Tenderloin Housing Clinic v. Sparks*, 8 Cal. App. 4th, 299, 306, 10 Cal.Rptr.4th 371, 374 (1992) wherein the court states that "an attorney has an obligation not only to protect his client's interest but also to respect the legitimate interests of fellow members of the bar, the judiciary and the administrative of justice".

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 2, 2018 | EDELBERG & ESPINA, APLC |
| 3 | | |
| 4 | | _[signature]_ |
| 5 | | By: CLAIRE N. ESPINA |
| | | ARNEL O. TAN |
| 6 | | Attorneys for Defendants |
| | | Island Pacific Temecula, Inc., Island Pacific |
| 7 | | Oxnard, Inc., Island Pacific Pittsburg, Inc., |
| | | Island Pacific Supermarkets, Inc., Island |
| 8 | | Pacific Vegas, Inc., Kababayan Development, |
| | | Inc., Long Beach Seafood Market, Inc., |
| 9 | | Manila Bay Foods, Inc., Promenade |
| | | Supermarket, Inc., Puregold Supermarket, Inc., |
| 10 | | Azusa Supermarket, Inc., Canoga |
| | | Supermarket, Inc., Fresno Supermarket, Inc. |
| 11 | | Global City International Market, Inc., Island |
| | | Pacific Hayward, Inc., and Nino Jefferson Lim |

# PROOF OF SERVICE
## United States District Court for the Central District of California

**HITACHI CAPITAL AMERICA CORP, etc. vs ISLAND PACIFIC TEMECULA, INC. et al**
**CASE NO.: 2:18-CV-3529**

I am a resident of the United States and employed in the County of Los Angeles. I am over the age of 18 years and not a party to the above-entitled action. My business address is 18757 Burbank Boulevard Suite 215 Tarzana, California 91356.

On August 2, 2018, I served the within document on the interested parties in this action described as follows:

### (1) NOTICE OF UNAVAILABILITY

XXX  **BY MAIL** – I caused such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the US mail for collection and mailing to the office/residence of the addressee(s) noted below and on the date shown above following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XXX  **BY ELECTRONIC SERVICE** - I caused a true copy thereof in PDF format to be transmitted on the date shown above via electronic means. I attached such document to an email addressed to the attorney(s) on the service list on the date listed herein. Upon the electronic filing of a document, a "Notice of Electronic Filing"("NEF") is automatically generated by the CM/ECF System and sent by e-mail to all attorneys in the case who are registered as CM/ECF Users and have consented to electronic service. (See L.R. 5-4.1.3 .). Service by this electronic NEF constitutes service pursuant to the Federal Rules of Civil and Criminal Procedure for all attorneys who have consented to electronic service

XXX  **BY PERSONAL DELIVERY, OVERNIGHT MAIL (state method for each person or entity served):**
On August 2, 2018, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method),by email as follows. Listing the judges in the service list below constitutes a declaration that personal delivery on,or overnight mail to, the judges listed will be completed no later than 24 hours after the document is filed.

XXX  (STATE) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Noel Navarro
Type or Print Name                                             Signature

**SERVICE LIST:**

**BY EMAIL AND U.S.MAIL:**
Ofer M. Grossman
Law Offices of Offer M. Grossman
P.O. Box 5576
Santa Monica, CA 90409
T: (310) 367-7504
F: (310) 307-2993
Attorneys for Plaintiff Hitachi Capital America Corp.

**MANDATORY CHAMBERS COPIES BY PERSONAL DELIVERY OR OVERNIGHT MAIL:**
The Honorable Otis D. Wright II
First Street Courthouse
Courtroom 5D, 5th Floor
350 W. 1st Street, Los Angeles, CA. 90012